UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BARRY DAVIS,

        Petitioner,

-vs-                                      Case No. 6:07-cv-1954-Orl-28KRS

SECRETARY, DEPARTMENT OF
CORRECTIONS, ATTORNEY GENERAL FOR
THE STATE OF FLORIDA,

        Respondents.
_____

## ORDER

This case is before the Court on the following motion:

| MOTION: | PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 24) |
|---|---|
| FILED: | May 11, 2012 |
| THEREON | it is **ORDERED** that the motion is **DENIED**. This motion was previously denied. See Court's Order of July 29, 2010 (Doc. No. 17) |

**DONE AND ORDERED** in Chambers in Orlando, Florida, this __14__ day of May, 2012.

                                            JOHN ANTOON II
                                      UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 5/14
Counsel of Record
Barry Davis